

FILED
GREAT FALLS DIV.

'07 FEB 26 PM 12 38

PATRICK E. ... , CLERK
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| WILLIAM E. BUCKLEY,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES MacDONALD, Warden, CCC; DR. ROD WYATT, CCC; and CORRECTION CORPORATION OF AMERICA,<br><br>　　　　　　　Defendants. | CV 06-105-GF-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendation[1] on November 30, 2006. Plaintiff filed objections on February 14, 2007. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

---

[1] Docket No. 6.

ORDERED:

Plaintiff's Complaint[2] is DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted. The docket should reflect that Plaintiff's filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

The Clerk of Court is directed to enter judgment accordingly.

DATED this 26th day of February, 2007.

*[signature]*
SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.